**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO FERNANDEZ,<br><br>       Plaintiff,<br><br>  v.<br><br>RECONTRUST COMPANY;<br>COUNTRYWIDE HOME LOANS;<br>and DOES 1-50,<br>inclusive,<br><br>       Defendants. | Case No. EDCV 08-1695-VAP (RCx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: January 28, 2009

                                       VIRGINIA A. PHILLIPS
                              United States District Judge